Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Louis Campuzano | Case No.: 25–40385 WJL 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 3/5/2025. Therefore, it is ordered that this case be **dismissed**.

☑ Order to File Required Documents and Notice of Automatic Dismissal
☐ Order and Notice Regarding Failure to Pay Filing Fee
☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
☐ Order Granting the Application to Pay Filing Fee in Installments
☐ Other:

Dated: 3/20/25

By the Court:

William J. Lafferty
United States Bankruptcy Judge

Case: 25-40385    Doc# 12    Filed: 03/20/25    Entered: 03/20/25 11:24:02    Page 1 of 1