# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−4 | User: admin | | Date Created: 3/20/2025 |
| Case: 25−40385 | Form ID: NDC | | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Martha G. Bronitsky | 13trustee@oak13.com |
| aty | David Coats | dacoats@raslg.com |
| aty | Guadalupe Gamino | ggamino@sbcglobal.net |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Louis Campuzano | 1226 95th Ave     Oakland, CA 94603 |
| cr | U.S. Bank Trust National Association | Robertson, Anschutz, Schneid, Crane & Pa     13010 Morris Rd., Suite 450     Alpharetta, GA 30004 UNITED STATES |
| smg | Labor Commissioner | 1515 Clay St.     Room 801     Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.     P.O. Box 942879     Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812−2952 |

TOTAL: 6